1  PATRICIA L. McCABE
   California State Bar No. 156634
2  Law Offices of Patricia L. McCabe
   7100 Hayvenhurst Avenue, Suite 314
3  Van Nuys, CA 91406-3874
   (818) 907 9726; Fax: (818) 907 6384
4  email: plmccabe@aol.com

5  Attorney for Plaintiff,
   MARIA V. MORALES
6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                       WESTERN DIVISION

11

12 MARIA V. MORALES,            )   Case No.:   CV 10-02292 CW
                                )
13          Plaintiff,           )   ORDER ON STIPULATION
                                )
14 v.                            )   TO DISMISSAL WITHOUT PREJUDICE
                                )
15 MICHAEL J. ASTRUE,            )
   Commissioner, Social Security )
16                               )
            Defendant.           )
17 _____ )

18
       Based upon the parties' Stipulation, IT IS HEREBY ORDERED that this matter
19
   is dismissed without prejudice, with each side to bear their own costs and attorney's
20
   fees, including but not limited to any attorney's fees which may be due under the
21
   Equal Access to Justice Act.
22
       IT IS SO ORDERED.
23

24
   Dated: April 14, 2011
25

26                                       /s/ Carla M. Woehrle
                                    UNITED STATES MAGISTRATE JUDGE
27

28